Jasen and Jones, JJ.
(dissenting memorandum). The order of the Appellate Division should be affirmed. We believe we are bound by the affirmed finding of fact at the Appellate Division that' the primary election was so permeated by fraud and irregularities “as to render it impossible to determine who was rightfully nominated.” Where there was such a breakdown in the election process as the courts below found occurred here, a new primary election should be held to determine the rightful Democratic candidate for the important office of Member of the House of Representatives (see Matter of Lowenstein v Larkin, 31 NY2d 654).
Chief Judge Cooke and Judges Gabrielli, Wachtler, Fuchsberg and Meyer concur; Judges Jasen and Jones dissent and vote to affirm in a separate memorandum.
Motion for leave to appeal granted. Order reversed, without costs, and petition dismissed in a memorandum.